■ ATHAN NEWMAN, Plaintiff, v. DELAWARE, LACKAWANNA AND WESTERN RAILROAD COMPANY, Defendant and Third-Party Plaintiff-Appellant. BARRY OIL COMPANY, INC., Third-Party Defendant-Respondent.— Order of Onondaga

County Court and judgment of Syracuse Municipal Court dismissing the third-party complaint affirmed, with $10 costs and disbursements. All concur. (Appeal from order of Onondaga County Court affirming a judgment of Syracuse Municipal Court dismissing the third-party complaint on the merits.) Present— McCurn, P. J., Kimball, Williams, Bastow and Halpern, JJ.